UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | Criminal No. |
| | : | |
| v. | : | |
| | : | |
| **DINESH MEHAR** | : | VIOLATION: |
| | : | 18 U.S.C. § 1341 (Mail Fraud) |
| Defendant. | : | |

## INFORMATION

The United States Attonry charges:

1.  W.T. Weaver & Sons, Inc. (hereinafter "Weaver") is a family owned business that has sold decorative hardware and bath fixtures since 1889. The business is owned and operated by James Weaver, President, and his two sons, Michael and Bryce. The business is located at 1208 Wisconsin Avenue, N.W., Washington, D.C. 20007.

2.  For 19 years, defendant **DINESH MEHAR** was employed by Weaver as the company's bookkeeper. Defendant **DINESH MEHAR** was compensated by Weaver for performing his job duties. Defendant **DINESH MEHAR**'s job responsibilities included maintaining the company's general ledger and reconciling the company's bank account. Defendant **DINESH MEHAR**'s job responsibilities did not include signing checks to pay expenses incurred by the business.

3.  From in or about January 7, 1999 through February 2, 2005, in the District of Columbia and elsewhere, defendant **DINESH MEHAR** devised a scheme or artifice to defraud, or for obtaining money or property by means of false or fraudulent pretenses, representations, or promises, and to deprive Weaver of honest services as a Weaver employee, performed free of deceit, dishonesty, self-enrichment and self-dealing.

4. The purpose of the scheme was for defendant **DINESH MEHAR** to enrich himself and his family members, by embezzling and stealing at least $232,975.21 from Weaver.

5. From in or about January 7, 1999 through February 2, 2005, defendant **DINESH MEHAR** requested and obtained 87 checks, pre-signed by either Michael Weaver or Bryce Weaver, allegedly to pay for merchandise delivered to the company when Michael and Bryce Weaver were not present at the business. Defendant **DINESH MEHAR** used many of the pre-signed checks to pay for personal expenditures he incurred. Defendant **DINESH MEHAR** sent at least 53 checks by mail to American Express in Chicago, Illinois or Ft. Lauderdale, Florida and Citibank in Columbus, Ohio to pay his personal credit card bills. The total value of the checks fraudulently obtained by **DINESH MEHAR** from Weaver was $205,699.83.

In violation of Title 18, United States Code, Section 1341.

        JEFFREY A. TAYLOR
        United States Attorney for
        the District of Columbia
        D.C. Bar No. 498610

By: _____
        SUSAN B. MENZER
        Assistant United States Attorney