AO 455 (Rev. 5/85) Waiver of Indictment

# UNITED STATES DISTRICT COURT

DISTRICT OF __Columbia__

UNITED STATES OF AMERICA

v.

__Dinesh Mehar__

**WAIVER OF INDICTMENT**

CASE NUMBER: __07-90__

**FILED**
MAY 18 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

I, __Dinesh Mehar__, the above named defendant, who is accused of

__Mail Fraud 18 USC 1341__

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on __May 18, 2007__ prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

_Date_

_[signature]_
Defendant

_[signatures]_ Herbert N. [illegible]
Counsel for Defendant

Before _[signature] Rosemary M. Collyer_
Judicial Officer

18 May 2007