U.S. Department of Justice
U.S. Attorneys

# United States District Court
# for the District of Columbia

UNITED STATES OF AMERICA

v.

Dinesh Mehar

Case No. 07-090

**ORDER**

**FILED**
MAY 18 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

1. Upon a representation by the United States that the defendant has never been the subject of "routine processing" (booking, fingerprinting, photographing) in this case;

2. It is this __18__ day of __May__ ORDERED:

3. That if the defendant is released on bond that he or she be accompanied on __May 18, 2007__ by __Special Agent Cory Wilson__ to the Central Cell Block of the Metropolitan Police Department, to the United States Marshal's Office and to __N/A__ _____ for "routine processing," and that this be a condition of being released on bond;

4. That if the defendant is not released on bond, the United States Marshal shall release the defendant to the custody of __N/A__ for the purpose of "routine processing," and at the conclusion thereof to return the defendant to the custody of the Marshal.

_Rosemary M. Collyer_
Judge (U.S. Magistrate)

DEFENSE COUNSEL

DOJ USA-16-1-80