IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | |
| : | |
| : | |
| v. : | **Criminal No.: 07-090 (RMC)** |
| : | |
| : | |
| **DINESH MEHAR,** : | |
| **Defendant** : | |

### NOTICE OF FILING

The defendant, Dinesh Mehar, through undersigned counsel, hereby submits the attached medical records, character letters and other exhibits, Attachments -A- through -N-, in support of defendant's previously filed Memorandum In Aid of Sentencing.

Respectfully submitted,

  /s/
Mitchell M. Seltzer (Bar# 261933)
717 D Street, N.W., Suite 310
Washington, D.C. 20004
(202) 347-2333

  /s/
Herbert n. Harmon( Bar# 175398)
1010 Vermont Avenue, #810
Washington, D.C. 20004
(202) 783-9100

Attorneys for Mr. Dinesh Mehar

### CERTIFICATE OF SERVICE

I hereby certify that a copy of Defendant's Notice of Filing and Attachments are being served electronically upon Susan Menzer, A.U.S.A., United States Attorney's Office, 555 Fourth Street, N.W., Washington, D.C. 20530, this  23rd  day of  August , 2007.

  /s/

The Honorable Rosemary M Collyer
United States District Court for the District of Columbia
333 Constitution Avenue, N.W.
Washington DC 20001

Re: U.S.A v Dinesh Mehar

Dear Judge Collyer,

I am so so sorry for my case that is before your honor and beg forgiveness. I am so ashamed of myself that I can't look into mirror and see my face. I have caused great pains to my family and previous employer W.T.WEAVER & SONS for which I repent every day . I have ruined my career.

I request your honor for mercy. Kindly allow me to remain with my family to take care of my responsibilities. On my part I can assure your honor of my clean future.  I will never ever indulge in such activities which brings shame to my family,society and me.

Thanking your honor for your time.


Sincerely,

*[signature]*

Dinesh Mehar

-A-

The Honorable Rosemary M. Collyer
United States District Court for the District of Columbia
333 Constitution Avenue, N.W.
Washington, DC 20001

Re: U.S.A v. Dinesh Mehar

Dear Judge Collyer:

I am writing to you to give you some information on Dinesh Mehar. He is currently being investigated for Embezzlement.

My name is Pooja Mehar, and I'm his daughter, aged 27. I was diagnosed with Multiple Sclerosis 4 ½ years ago. During this time, I have had to go for multiple trips to the doctor's office and MRI's. My father is the person that took and is still taking the initiative to accompany me through this hard time. I currently have trouble walking - where this disease has caused me to use a walker. At times, even the walker is not good enough to get around. My father gives me constant attention to provide me the most care. After coming back from the office, he gives me a massage on my legs as he knows the constant muscle movement will prohibit me from being in a wheelchair.

In November of 2006, my father accompanied me to India for ayurvedic treatment for 3 weeks. I will have to make trips every 6 months to get the treatment done, which at this time is my only hope. My father is the only person who can help me through these trips. My mother has a day care business at home, therefore, cannot take the time off to make these trips. My father is a man of dignity and respect. All of our family members and friends have a lot of respect for him.

My father, has been a role model for me - As a young girl, I looked up to him to teach me how to walk. Now as an adult, I look for him to keep me from falling.

As someone who looks for hope and a miracle on a daily basis, my father has always been by my side to provide me with a ray of light. He is the best father a daughter could ask for. I request you to please take the above into consideration when making a decision.

Thank you for you time.

Sincerely,

*[signature]*

Pooja Mehar

# JAMES YAN, M.D., Ph.D.
## NEUROLOGY
11119 Rockville Pike, Suite 320, Rockville, M.D. 20852. TEL. 301-468-1997 FAX. 301-468-1996

---

August 13, 2007

**Ref: Mehar, Pooja**

To Whom It May Concern:

Ms. Mehar is one of my patients. She has Multiple Sclerosis for past four and half years. She has difficulty ambulating. She is weak and tired. She needs lots of help from her family. She cannot be relocated to another workstation. She needs to be close to her family for their support. Also any type of stress, like relocation, will hinder her recovery.

Thanks

*[signature]*

James Yan, M.D.
Board certified in Neurology

— C —

**Adventist HealthCare**

Shady Grove Adventist Hospital

9901 Medical Center Drive  Rockville, MD  20850

Imaging Department

Phone (301) 279-6065

NAME: MEHAR, POOJA                          LOCATION: RAD-S
MRN:       0657529                          ACCT: 000029154689
XRAY#:     30-62-26                         DOB: 7/30/1979

REQUESTING PHYSICIAN: JAMES YAN, M.D.

ADMITTING PHYSICIAN: JAMES YAN, M.D.

ORDER: 2826376              RESULT: 1937975              ADDENDUM: 0
DATE/TIME OF EXAM:  08/19/2006    12:48:39PM

CLINICAL HISTORY: MS

N MRI C-SPINE W/O CONT                      8432141        72141

CLINICAL HISTORY: 27-year-old female with multiple sclerosis.

MRI CERVICAL SPINE WITHOUT CONTRAST:

TECHNIQUE: Sagittal and axial MR imaging utilizing STIR, T2, and T1 weighted imaging pulsed sequences.

FINDINGS: Extensive parenchymal signal abnormality is seen with low T1, high T2 signal throughout the brainstem and visualized cervical spinal cord. In addition, similar signal abnormality seen at the upper thoracic spinal cord.

At C4-C5, broad base posterior disc bulge effaces the anterior thecal sac without producing spinal stenosis or foraminal narrowing.

At C5-C6, left asymmetrical posterior disc bulge produces mild left foraminal narrowing. The right neural foramen is patent. There is no spinal stenosis. No significant intervertebral disc pathology is noted at any other level of the cervical spine.

IMPRESSION:
1. Mild multilevel degenerative disc disease with mild left foraminal narrowing at C5-C6.
2. Extensive intrinsic parenchymal signal abnormality at the brainstem and visualized spinal cord as described above. The findings are consistent with the presence of multiple sclerosis.

DICTATED BY: ALAN BOBB, MD
THIS REPORT HAS BEEN ELECTRONICALLY SIGNED.

NY6 08/21/2006 11:22

Page 1 of 1
Verified

-D-



**Adventist HealthCare**
Shady Grove Adventist Hospital

9901 Medical Center Drive  Rockville, MD 20850

Imaging Department

Phone (301) 279-6065

NAME: MEHAR, POOJA
MRN: 0657529
XRAY#: 30-62-26

LOCATION: RAD-S
ACCT: 000029154689
DOB: 7/30/1979

REQUESTING PHYSICIAN: JAMES YAN, M.D.
ADMITTING PHYSICIAN: JAMES YAN, M.D.
ORDER: 2826376     RESULT: 1937954     ADDENDUM: 0
DATE/TIME OF EXAM:  08/19/2006   12:48:31PM

CLINICAL HISTORY: MS

N MRI BRAIN W/O CONTRAST                                             8430551        70551

CLINICAL HISTORY: 27-year-old female with multiple sclerosis.

MRI OF THE BRAIN WITHOUT CONTRAST

TECHNIQUE: Sagittal and axial imaging utilizing T1, T2, diffusion weighted, proton density and FLAIR imaging pulse sequences.

FINDINGS:

No comparison examinations are available for direct comparison.

Innumerable foci of white matter signal abnormality with increased T2/FLAIR and decreased T1 signal are seen in the bilateral periventricular and subcortical white matter. In addition, similar signal abnormality is seen at the level of the mid brain, pons and medulla. Other midline structures including corpus callosum, pineal region, optic apparatus, pituitary gland and clivus are unremarkable.

There is no evidence of restricted diffusion to suggest active demyelination.

The visualized paranasal sinuses and mastoid air cells are clear.

IMPRESSION: Innumerable white matter plaques as described above. There is no evidence of active demyelination. The imaging findings are consistent with provided clinical diagnosis of multiple sclerosis.

DICTATED BY: ALAN BOBB, MD
THIS REPORT HAS BEEN ELECTRONICALLY SIGNED.

PLB 08/21/2006 11:00
ABOBB 08/21/2006 11:44

Page 1 of 1
Verified

-E-



**Adventist HealthCare**
Shady Grove Adventist Hospital
9901 Medical Center Drive  Rockville, MD 20850
Imaging Department
Phone (301) 279-6065

NAME: MEHAR, POOJA
MRN: 0657529
XRAY#: 30-62-26

LOCATION: RAD-S
ACCT: 000030240543
DOB: 7/30/1979

REQUESTING PHYSICIAN: JAMES YAN, M.D.
ADMITTING PHYSICIAN: JAMES YAN, M.D.
ORDER: 3032289          RESULT: 2117299          ADDENDUM: 0
DATE/TIME OF EXAM: 04/13/2007    4:12:48PM

CLINICAL HISTORY: MS

N MRI BRAIN W/WO CONTRAST                    8436457       70553

CLINICAL HISTORY: 27 year old female with multiple sclerosis.

MRI OF THE BRAIN WITHOUT AND WITH CONTRAST:

TECHNIQUE: Sagittal, axial and coronal imaging utilizing FLAIR, T1, diffusion weighted, T2, proton density and post contrast T1 weighted imaging pulse sequences. 10 cc intravenous Gadolinium was administered over the course of the examination.

FINDINGS: Comparison is made with 8/19/06.

There is no interval change in extensive bilateral periventricular white matter and subcortical white matter signal abnormality with increased T2/FLAIR and decreased T1 signal. Stable increased signal is seen at the pons and middle cerebellar peduncles. There is no evidence of intra-axial mass. Visualized cerebrovascular flow voids are preserved. There is no evidence of restricted diffusion or abnormal enhancement to suggest acute demyelination.

IMPRESSION: MR imaging findings consistent with multiple sclerosis. There is no significant interval change since prior examination. No active demyelination is seen.

DICTATED BY: ALAN BOBB, MD
THIS REPORT HAS BEEN ELECTRONICALLY SIGNED.

Page 1 of 1
Verified

CH7 04/13/2007 22:19

— F —



**Adventist HealthCare**
Shady Grove Adventist Hospital
9901 Medical Center Drive   Rockville, MD   20850
Imaging Department
Phone (301) 279-6065

NAME: MEHAR, POOJA  
MRN: 0657529  
XRAY#: 30-62-26  
REQUESTING PHYSICIAN: JAMES YAN, M.D.  
ADMITTING PHYSICIAN: JAMES YAN, M.D.  
ORDER: 3032289   RESULT: 2117302  
DATE/TIME OF EXAM: 04/13/2007   4:12:52PM  

LOCATION: RAD-S  
ACCT: 000030240543  
DOB: 7/30/1979  

ADDENDUM: 0

CLINICAL HISTORY: MS

N MRI C-SPINE W/WO CONTR                                         8436458        72156

CLINICAL HISTORY: 27 year old female with multiple sclerosis.

## CERVICAL SPINE MRI WITH CONTRAST:

TECHNIQUE: Sagittal and axial imaging utilizing STIR, T1, T2 and post contrast T1 weighted image pulse sequences.

There is no interval change in multilevel degenerative disc disease with posterior disc bulges seen at C4-C5 and C5-C6. There is no evidence of spinal stenosis. Mild left foraminal narrowing persists at C5-C6. Extensive intrinsic parenchymal signal abnormality within the visualized cervical spinal cord is essentially unchanged.

IMPRESSION: Stable MR imaging of the cervical spine consistent with the provided history of multiple sclerosis. There is no evidence of active demyelination.

DICTATED BY: ALAN BOBB, MD  
THIS REPORT HAS BEEN ELECTRONICALLY SIGNED.

CH7 04/13/2007 22:21

Page 1 of 1
Verified

— G —



**SOUKYA**

MS.Pooja Mehar                                        DATE: 1st December 2006

Ms.Pooja stayed at Soukya from the 12th of November 2006 to the 1st of December 2006. When she checked in, she is a known case of Multiple sclerosis. She had c/o stiffness in the legs. She also complains of pain in her knees and low back. She also had urinary incontinence and constipation. She also had postural imbalance and needed support to walk.
During her stay she went through the following treatment protocol.
- Ayurvedic Rejuvenation Programme
- Special Ayurvedic treatments for strengthening the nerves, bones and joints
- Acupuncture
- Reflexology

During her stay here we have introduced her to the following medicines.
**Ayurvedic**
1) Kashayam (MK+GAK)
2) Cap.DC-2-0-2 After food
**Homeopathic**
1) Homeopathic constitutional powders-1 packet every morning and night in serial order.

During her stay here, pain in her knees and low back was reduced. Stiffnes in her legs also reduced. Her bladder control was improved slightly and bowel movements were better. During her stay here she developed infection in her eyes, which was treated with Ayurvedic and homeopathy medicines. At the end of her stay, she developed self-confidence and is more positive in her outlook.
**Diet & Nutrition**
After a detailed diet and nutritional evaluation and assessing her life style and eating habits we prepared a Diet & Nutritional recommendation which can be easily incorporated into her day today life.
**Exercise**
Along with her routine exercise special yogic exercises, meditation, nose washing and breathing techniques are recommended to be done 4 – 5 times a week.

—H—

INTERNATIONAL HOLISTIC HEALTH CENTRE

believed to be a leading cause of MS, I'm afraid any more negative and stressful situation due to this event will set my sister back from any progress she may have made.

In closing, I would like to say that my father committed a mistake and it should be thought of as a temporary lapse in judgment. Please consider my father's clean record, the fact that this is his first offense, his family obligations/responsibilities, and his age. He is a good man, an honest man who went down the wrong path temporarily and made a mistake. He's not a criminal and shouldn't be dealt with as one. My dad has regretted his mistakes every single day since this has happened. Given that he is a strong man, I have not seen him cry too often and this episode has brought him to tears many times. He is ashamed of what he's done and has a hard time looking his children in the eye. Please be mindful of all of this before making a decision.

Thank You,

*Anjali Bhaskar*

Anjali Bhaskar (A very concerned daughter)

The Honorable Rosemary M Collyer
United States District Court for the District of Columbia
333 Constitution Avenue, N.W.
Washington, DC 20001

Re: U.S.A v Dinesh Mehar

Dear Judge Collyer,

I wanted to write you this letter to describe to you the kind of person my husband, Dinesh Mehar is before you move forward and make a decision regarding his case. I have been married to Dinesh for the past 32 years. We have a very happy and fulfilling marriage and have a great family made up of our three daughters. We have raised our children with good values and morals. Dinesh is a good husband and a good father with many good qualities. He is very hard working and very strong. He served in the Indian Air Force honorably for 20 years.

I have always had full faith in him and he has never done anything to break my trust. He is a man of principles and dedication. He went through a very tough childhood but that caused him to work harder to make something of his life. He is a family oriented person, he took care of his widowed mother through out her life till the end. She lived with us for nearly 20 years and unfortunately passed away in 1994.

At present, we are going through very hard and rough time, my middle daughter is diagnosed with Multiple Sclerosis which has made me weak. To see your own daughter in this condition is not very easy. Due to these stressful conditions, I have also suffered some health problems. If I don't have my husband with me, I don't know how I would manage. He is the one who is dealing with all this and taking her to doctors, giving her injections every day and taking her to India for treatment. My husband is sincerely doing all this for her to get her better. I am a day care provider, it is hard for me to take days off and vacation.

My husband has made a mistake and is regretting it day and night. This has broken his self-confidence and I'm worried due to this stress at such an age, he may develop further health problems. He is already dealing with high blood pressure and high cholesterol. He is truly ashamed for what he has done. This is the person who taught his children honestly and hard work. It is hard enough for him to face his children.

Please consider his previous clean record and all his family responsibilities and his regrets before making any decision.

He has regretted his mistakes, and tried to correct his mistakes by re-paying all the money back plus interest. His previous employer didn't even want to move forward with pressing charges, and does not wish any ill harm to him. Please consider all these facts before making any decision. My husband is a good man who made a mistake.

Sincerely,

Veena Mehar

-I-

The Honorable Rosemary M Collyer
United States District Court for the District of Columbia
333 Constitution Avenue, N.W.
Washington, DC 20001

Re: U.S.A v Dinesh Mehar

Dear Judge Collyer,

I would like to give you some background information on Dinesh Mehar, whom you are investigating for an Embezzlement case.

I am Dinesh's oldest daughter, age 30. I wanted to let you know the kind of person my father is. He is a very honorable and honest man who is a great believer in god and in family. I understand he has made a mistake but please understand that he is not a criminal, he is a good man who made a mistake but has tried his best to rectify that mistake. My father is a hard working, family-oriented man who has worked very hard all his life to provide for his family. As immigrants to this country 20 years ago, he had to work multiple jobs to support his family of 3 young children. I watched my father work day and night so we could have food on the table and could have a better life in this country. We were a well settled family in India, with my father serving honorably in the Indian Air Force for 20 years but my father decided to come to this country so we could make a better life for ourselves and have opportunities we couldn't have back home in India. My father is a man of principles and has always taught us to be honest, and hardworking. He has enlisted all of his principles, values, and morals in us. I am a successful woman today highly due to my father's constant support, drive, and love.

My father came from a very poor family, his father passed away when he was a young baby and he was raised by his mom and sisters. My father learned to soon fend for himself and at a young age, he had to go out on his own to make a life for himself, educate himself and help to support his family. Despite not having a father to look up to and learn from, he has been the best father to us. He is always there for us no matter what we need. He deprives himself of things so we can have things he never had. This behavior, dedication and love has allowed us to stay such a close knit family.

Today, my sisters and I are very close to our father. My younger sister, age 27 was diagnosed with Multiple Sclerosis in 2002. This was crushing news for our family as this crippling disease has no cure but my father was the strong one who held us all together during this trying time. Today, my sister is very dependent on all of us. She is not mobile on her own and needs assistance to move around. She uses a walker as an aid. She also takes daily medication (Copaxone) in the form of an injection that my father administers to her on a daily basis. No one else in the family feels confident enough to give her this injection so my father administers this medication to her. Because there is no cure, my father has researched alternative medicine for her to try. She made a trip to India in November of 2006 with my father to start Ayurvedic/Herbal medicine. This was the first of many visits. The doctors there recommend that my sister come for booster treatments every 6 months. She cannot make these trips on her own, she depends on our father to help her in her travels and treatment. Because stress is

-J-

The Honorable Rosemary M Collyer
United States District Court for the District of Columbia
333 Constitution Avenue, N.W.
Washington, DC 20001

Re: U.S.A v Dinesh Mehar

Dear Judge Collyer,

I am writing in regards to Mr. Dinesh Mehar, who you are investigating for the Embezzlement case. I am Mr. Mehar's son-in-law. I am married to his eldest daughter Anjali. This letter is intended to give you some background information on Mr. Mehar. I met him 10 years ago when I first started dating his daughter. Mr. Mehar was nothing short of an honest, respectable man, with his family as his number one priority. He welcomed me into his family with open and loving arms. I have always known him to be a diligent, God fearing, and hard working individual. When I first heard of the above mentioned crime, I thought for sure it was a mistake. Never in my wildest imagination would I have thought that Mr. Mehar could do such a thing. After asking about it, I realized he had made a grave mistake with a major temporary lack of better judgment. I could see in his eyes, through the tears, how embarrassed he was and how ashamed he was of himself, and how he has brought shame to our family. I have a 13 month old son who has brought nothing but joy to our family. Mr. Mehar has been a perfect Grandfather to him and my son has become very attached to him. Please do not deprive my son of his Grandfather over a one time mistake.

I request that given my father in law's age, his good standing in the community and the fact that he has never broken the law before in his life that you permit him to continue to live in the community.

Thank You,

*Rishi Bhaskar*

-K-

The Honorable Rosemary M Collyer
United States District Court for the District of Columbia
333 Constitution Avenue, N.W.
Washington, DC 20001

Re: U.S.A v Dinesh Mehar

Dear Judge Collyer,

I would like to start off by giving you some background information on my father, Dinesh Mehar. First and foremost, I am Dinesh's youngest daughter, age 20. I understand he is being investigated for an Embezzlement case and before any decisions are made, I wanted to describe to you what kind of man and father he is. I consider my father to be a wonderful, hardworking, pure-hearted, and honest man. He is my role model and I am so thankful to have a father who loves me, provides for us, and teaches me about life in general.

Growing up my father has always been there for me and has taught me to be an honest, loving, and hardworking person I am today. He has taught me to never take anything for granted and to work hard for whatever I need. He has given me good morals, values, and has taught me to believe in faith. I am currently a full-time student at University of Maryland and work part time. Almost close to graduation, I find myself quite stressed with school and throughout my years of schooling I have always had my father there to guide me and calm me down when overwhelmed with the constant demands of life.

Every day and moment that passes by, I thank GOD for him and consider myself to be blessed to have a father like him in my life. I honestly do not know what I and the rest of my family would do without him. It hurts me to see my father hurting and to see tears in his eyes. He knows what he did was wrong and is ashamed of his actions. I understand he made a mistake and I hope you do take his clean record into consideration. He is a good person, a family-oriented person who temporarily went down the wrong path but has corrected his mistakes to the best of his ability. Please give my father another chance and a reason to stop the tears from his eyes.

Thank you for your time,

*Kaveri Mehar*
Kaveri Mehar

—L—

To whom so ever it may concern

I know Mr Dinesh Mehar for past 20 years. He is a man with kind heart and always willing to help the needy. He often demonstrate this by doing lot of community work in our Temples on a regular basis. He is totally committed to his family. One of his daughter suffers from Multiple Sclerosis and has great problem in walking and even doing daily routines.  Mr Mehar provides great support to her mentally ,physically and attends to her needs with  perfection.

I have great respect for Mr Mehar. He is responsible,organized,efficient ,extremely competent . He does a great job in our community and  our community needs his services. I wish him best of luck.


Sincerely,

*AKSharma*
Arun Sharma

-M-

*To whom it may concern*

*We know Mr Dinesh Mehar for past 15 years and have observed him to be extremely compassionate, hard working and great human being who could be looked upon for any help. He feels great satisfaction in helping others in their time of need.*

*Mr Mehar is totally dedicated to his family, work and community. He is great organizer for family activities. He is a good friend of ours and can count on him for any need we may have. We have a great respect for him and his family as well. We wish him best of luck.*

*Sincerely,*

*Alka and Vijay Vohra*

-N-