HONORABLE ROSEMARY M. COLLYER
UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

ORDER TO SURRENDER

**FILED**

**NOV 15 2007**

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES OF AMERICA

vs.

Dinesh Mehar                          Docket No.: 07CR00090-01

TO:   DIRECTOR, FEDERAL BUREAU OF PRISONS

It is hereby **ORDERED** that  <u>**Dinesh Mehar**</u>  having been sentenced, on September 21, 2007, in the above case to the custody of the Bureau of Prisons, surrender himself to the Bureau of Prisons by reporting to __FCI Loretto SCP__, in __Loretto, PA__ by 2 p.m., on __November 29, 2007__.

__11/14/07__
Date

_Ellen S Huvelle for_
ROSEMARY M. COLLYER
UNITED STATES DISTRICT JUDGE
Judge Collyer

**ACKNOWLEDGMENT:** I agree to report as directed in this Order and understand that if I fail to do so, I may be cited for Contempt of Court, and if convicted of this offense, may be punished by imprisonment or fine, or both.

_Monica L Glover_                                 _D Mehar_
ATTORNEY/U.S. PROBATION OFFICER                   DEFENDANT

Revised 6-2004